Matthew VINCENT, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

May 10, 1949.

Roscoe Vincent for movant.

A. E. Funk, Attorney General, and Wm. F. Simpson, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

Roger DAVIS, Movant, v. Coffield MITCHELL et al., Opposed.

Court of Appeals of Kentucky.

May 13, 1949.

Redwine & Redwine for movant.

Beverly P. White opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.